# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lina Silva, | NO. CV-20-00380-TUC-JCH |
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| United States Department of Homeland Security, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, that this case is dismissed with prejudice. Each party will bear its own costs and attorneys' fees. The Clerk of the Court to enter judgment accordingly and close this case.

Debra D. Lucas
District Court Executive/Clerk of Court

January 11, 2023

By   s/ Ruth E. Megui
     Deputy Clerk